People of the State of Illinois ex rel. John S. Rusch,
Appellee, v. Emanuel Solomon et al., Appellants.

Gen. No. 41,115.

opinion filed January 20, 1941;
rehearing denied February 5, 1941. Abraham L. Marovitz and Mayer
Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for
appellee; John F. Cashen, Jr., of counsel. Opinion by JUSTICE McSURELY.
''Not to be published in full.''